UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Karina Paredes, et al.,

    Plaintiffs,

v.                                     Case No:  2:25-cv-00454-JLB-NPM

Gina M. Dean, et al.,

    Defendants.
_____/

## ORDER

    Before the Court is pro se Plaintiff Karina Paredes Complaint (Doc. 1). Plaintiff (who is not in custody) has yet to pay the filing fee or move to proceed without prepayment of costs. See 28 U.S.C. § 1915 (allowing a litigant to commence a civil action without prepayment of the filing fee if the litigant submits an affidavit showing they are unable to pay). This action is therefore **DISMISSED without prejudice**. *See* 28 U.S.C. § 1914(c) ("Each district court by rule or standing order may require advance payment of fees."); Local Rule 1.05(c) ("The clerk must accept an initial paper from a person in custody even if no filing fee or motion for leave to proceed in forma pauperis accompanies the paper." (emphasis added)); *Myers v. City of Naples, Fla.*, No. 23-13073, 2024 WL 4691100, at *2 (11th Cir. Nov. 6, 2024) (affirming the dismissal of an unrepresented, non-prisoner litigant's complaint for failure to contemporaneously pay the filing fee or move in forma pauperis).

    If Plaintiff wants to proceed with his claims, he may file another complaint under a separate case number that is accompanied by the required filing fee or a

signed long-form application to proceed without prepaying fees or costs (available at www.uscourts.gov/sites/default/files/ao239 1.pdf).

Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to enter judgment dismissing the case without prejudice, deny any pending motions as moot, terminate any deadlines, and close the case.

**ORDERED** in Fort Myers, Florida, on June 11, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE